**Order entered September 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-01342-CV**

**KENNETH D. MURPHY, Appellant**

**V.**

**ALFONSO FELIPE MEJIA ARCOS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11187**

**ORDER**
Before Justices Myers, Carlyle, and Evans

Before the Court is appellee's August 21, 2020 amended motion for en banc rehearing and reconsideration. We request that appellant file his response, if any, to the amended motion for rehearing en banc by **MONDAY, SEPTEMBER 28, 2020.**

/s/    DAVID EVANS
             JUSTICE